# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JEAN COULTER,                                    :    No. 10 WM 2016
                                                 :
                    Petitioner                   :
                                                 :
                                                 :
                                                 :
                v.                               :
                                                 :
                                                 :
                                                 :
SUPERIOR COURT OF PENNSYLVANIA,                  :
                                                 :
                    Respondent                   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of February, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.

    Justices Eakin and Wecht did not participate in the consideration or decision of this matter.